IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | | |
|---|---|---|
| THOMAS M. FREDRICKSEN, JR. | ) | Case No. 8:15-cv-270 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL OF** |
| | ) | **DEFENDANTS JANE ANN KUGLER,** |
| CHILDREN'S HOSPITAL & MEDICAL CENTER, a non-profit domestic corporation; NEBRASKA PEDIATRIC PRACTICE, INC.; a non-profit domestic corporation; JANE ANN KUGLER, M.D., an individual; PEDIATRIC ANESTHESIA CONSULTANTS, PC; a dissolved domestic corporation; UNMC PHYSICIANS, a non-profit domestic corporation, and GLEN M. GINSBURG, M.D. | ) ) ) ) ) ) ) ) ) ) | **M.D., AND PEDIATRIC ANESTHESIA CONSULTANTS, P.C. ONLY** |
| | ) | |
| Defendants. | ) | |

IT IS STIPULATED by Plaintiff that the above-captioned action should be dismissed with prejudice as to Defendants **JANE ANN KUGLER, M.D.** and **PEDIATRIC ANESTHESIA CONSULTANTS, P.C.,** only, each party to pay its own costs.

The Court, being fully advised in the premises, finds that an Order should be entered in accordance with said Stipulation.

IT IS, THEREFORE, ORDERED that Defendants **JANE ANN KUGLER, M.D. and PEDIATRIC ANESTHESIA CONSULTANTS, P.C.,** only be, and hereby are, dismissed with prejudice, each party to pay its own costs.

Plaintiff maintains this action against all other Defendants.

Dated this 28th day of September, 2015.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge

#614997