IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | | |
|---|---|---|
| THOMAS M. FREDRICKSEN, JR. | ) | Case No. 8:15-cv-270 and 8:15cv274 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER APPROVING SETTLEMENT** |
| | ) | **INVOLVING THE EXCESS LIABILITY** |
| CHILDREN'S HOSPITAL & MEDICAL | ) | **FUND** |
| CENTER, a non-profit domestic | ) | |
| corporation; NEBRASKA PEDIATRIC | ) | |
| PRACTICE, INC.; a non-profit domestic | ) | |
| corporation; UNMC PHYSICIANS, a | ) | |
| non-profit domestic corporation, and | ) | |
| GLEN M. GINSBURG, M.D. | ) | |
| | ) | |
| Defendants. | ) | |

THESE MATTERS are presented to the Court upon the Application of the Defendants pursuant to the Nebraska Hospital-Medical Liability Act, §44-2832 and §44-2833 (Reissue of 2010) for approval of a settlement under the Nebraska Hospital-Medical Liability Act including the payment of certain funds from the Excess Liability Fund.

The Court, being fully advised in the premises, finds as follows:

1.      These actions arises out of alleged malpractice from the rendering of medical care to the Plaintiff Thomas M. Fredricksen, Jr. as more fully set forth in the Plaintiff's "Complaint and Jury Demand" filed in the United States District Court for the District of Nebraska, Omaha Division, at Case No. 8:15-cv-270 and 8:15cv274.

2.      At all times relevant herein, Defendants were qualified health care providers under the Nebraska Hospital-Medical Liability Act, §44-2801 et. Seq. R.R.S. 1943 (Reissue 2010).

3.       That this settlement is in compromise of a doubtful and disputed claim and all allegations of negligence have been expressly denied by the Defendants and payment hereof is not to be construed as an admission of liability on their part.   This court is aware of the terms and conditions of this settlement having been so advised in camera as said terms and conditions are confidential.

IT IS THEREFORE ORDERED that the settlement described above and the contribution toward that settlement by the Excess Liability Fund are hereby approved.

Dated this 15th day of October, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

#615155